**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

January 24, 2020

Paul J. Lockwood, Esq.
*Skadden, Arps, Slate, Meagher & Flom LLP*
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

Ethan H. Townsend, Esq.
*McDermott, Will & Emery LLP*
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801

RE: *Diligence, Inc. v. Nicholas Day*
C.A. No. 2020-0041-SG

Dear Counsel:

I have Mr. Lockwood's letter of today. I consider the Motion for Entry of a Status Quo Order to be, effectively, a TRO request. A hearing on that motion is now scheduled for 1 p.m. on Monday, January 27, 2020 in Georgetown. Counsel for all parties are expected to attend. If the parties are able to agree to an interim status quo order that will allow a less expedited proceeding, they should so inform me and provide a form of order, in which case the January 27 hearing will be continued and rescheduled at the convenience of counsel and the Court.

To the extent the foregoing requires an order IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III